UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 17-21233 |
| JAMILA H. CHERRY, ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Timothy A. Barnes | |
| Debtor(s) ) | | |

**ORDER EXTENDING TIME FOR DEBTOR TO FILE CLAIM UNDER RULE 3004**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction and being duly advised in the premises, and due notices having been given,

IT IS HEREBY ORDERED THAT:

1) The time period for the Debtor to file claims on behalf of ~~governmental units~~ *the Village of Forest Park* under Fed. R. Bankr. P. 3004 is extended to and including November 14, 2018.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: 06 DEC 2018

**Prepared by:**

Jeffrey A. Soufal
IARDC #6227155
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100

Rev: 20101118_bko